**Electronically Filed
Supreme Court
SCWC-13-0000133
02-NOV-2017
08:15 AM**

SCWC-13-0000133

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-4 ASSET-BACKED CERTIFICATES, SERIES 2007-4, Petitioner/Plaintiff-Appellant,

vs.

DANIEL TSUKASA OMIYA, Respondent/Defendant-Cross-Claimant-Appellee,

and

ASSOCIATION OF APARTMENT OWNERS OF ILIKAI APARTMENT BUILDING, Defendant/Cross-Claim Defendant-Appellee,

and

JOHN DOES 1-20; JANE DOES 1-20; DOE PARTNERSHIPS 1-20; DOE CORPORATIONS 1-20, and DOES GOVERNMENTAL UNITS 1-20, Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000133; CIVIL NO. 10-1-2345)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant's application for writ

of certiorari, filed on September 21, 2017, is hereby accepted

and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, November 2, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

